**WHEATLAND TUBE COMPANY,**
Plaintiff,

v.

**UNITED STATES, Defendant.**

Slip Op. 15–118.
Court No. 12–00296.

United States Court of
International Trade.

Oct. 22, 2015.

### JUDGMENT

LEO M. GORDON, Judge.

Before the court is the U.S. Department of Commerce ("Commerce") Final Redetermination Pursuant to Court Remand

---

(Oct. 13, 2015), ECF No. 52 ("*Remand Results*") in this action. In the *Remand Results,* Commerce "found no basis for making an adjustment" to the antidumping duty rates for circular welded pipe imported from China to account for the impact of the countervailing duty order on the same merchandise. *Remand Results* at 6. All parties agree that the *Remand Results* comply with the court's instructions and should be sustained. Joint Status Report 1–2 (Oct. 19, 2015), ECF No. 54.

Accordingly, it is hereby

**ORDERED** that the *Remand Results* are sustained.